**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ANTHONY GUANCI, | Case No. 2:14-CV-01299-APG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| JACK KESSLER, *et al.*, | |
| Defendants. | |

In light of the Amended Complaint (Dkt. #19),

IT IS ORDERED that Defendants' Motion to Dismiss (Dkt. #12) the original Complaint is DENIED as moot.

DATED this 10th day of February, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE