# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY GUANCI,

      Plaintiff,

vs.

JACK KESSLER et al.,

      Defendants.

Case No. 2:14-cv-1299-APG-GWF

**ORDER**

      This matter is before the Court on Defendants' Motion to Appear Telephonically (#33), filed on July 20, 2015.

      Defendants' move to appear telephonically at the upcoming hearing on the parties' Stipulation and Order to Modify Scheduling Order (#31), set for July 27, 2015, at 9:00 a.m. Counsel represents that they reside in Florida, and that appearing in person would be an unnecessary financial burden. The Defendants have sufficiently established good cause for granting this motion. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Appear Telephonically (#33) is **granted**. Defendants' Florida counsel may appear at the hearing set for July 27, 2015 at 9:00 a.m. by telephone.

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff is instructed to call telephone number: **(702) 868-4910, access code 123456**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is **prohibited**. **The call must be made using a land line**.

**DATED** this 21st day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge